# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2726

_____

Alice David,                                          *
                                                      *
            Appellant,                                *
                                                      *   Appeal from the United States
      v.                                              *   District Court for the District
                                                      *   of Minnesota.
Commissioner of Labor, State of                       *
New York,                                             *        [UNPUBLISHED]
                                                      *
            Appellee.                                 *

_____

Submitted:  January 20, 2004

Filed:  January 22, 2004

_____

Before WOLLMAN, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Alice David appeals the district court's[*] dismissal of David's civil complaint
seeking unemployment insurance benefits.  After careful review of the record, we
conclude David's complaint was properly dismissed as res judicata-barred.  See
Migra v. Warren City Sch. Dist. Bd. of Educ., 465 U.S. 75, 81 (1984); Parker v.

_____

      [*]The Honorable James M. Rosenbaum, Chief Judge, United States District
Court for the District of Minnesota.

Blauvelt Volunteer Fire Co., 712 N.E.2d 647, 649-50 (N.Y. 1999).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____